IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL HAMM, | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 2:07-CV-711-MEF |
| | * |
| BATES' HOUSE OF TURKEYS and | * |
| BILL KATES, | * |
| Defendants. | * |

**PLAINTIFF'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW the plaintiff, Gail Hamm, by and through her counsel of record and voluntarily requests dismissal of all claims asserted against all defendants in the above styled cause without prejudice, with each party to bear its own costs. As the plaintiff has not yet initiated service of this suit upon any of the named defendants, no party will be prejudiced by the granting of this Motion.

                Respectfully submitted,

                s/ Temple D. Trueblood
                Ann C. Robertson
                Temple D. Trueblood
                Attorneys for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Matthew Lamere, Esq.
106 North Lena Street
Suite 2
Dothan, Alabama 36303
(334) 793-2888