IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL HAMM, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-711-MEF |
| | ) |
| BATES' HOUSE OF TURKEYS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the plaintiff's Voluntary Motion to Dismiss without Prejudice (Doc. #2) filed by the parties on October 17, 2007, it is

ORDERED and ADJUDGED that the motion is GRANTED and this case is DISMISSED in its entirety without prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of October, 2007.

                                                                        /s/ Mark E. Fuller
                                                  CHIEF UNITED STATES DISTRICT JUDGE